## MEMORANDUM DECISION

Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.



FILED

Jan 31 2019, 8:21 am

CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

APPELLANT PRO SE

Antrone L. Crockett
South Bend, Indiana

ATTORNEYS FOR APPELLEE

Curtis T. Hill, Jr.
Attorney General

Jesse R. Drum
Deputy Attorney General
Indianapolis, Indiana

## IN THE
# COURT OF APPEALS OF INDIANA

| | |
|---|---|
| Antrone L. Crockett,<br>*Appellant-Defendant,*<br><br>v.<br><br>State of Indiana,<br>*Appellee-Plaintiff* | January 31, 2019<br><br>Court of Appeals Case No.<br>18A-CR-391<br><br>Appeal from the St. Joseph<br>Superior Court<br><br>The Honorable Elizabeth Hurley,<br>Judge<br><br>Trial Court Cause No.<br>71D08-0403-MR-007 |

**Vaidik, Chief Judge.**

[1]  In 2005, Antrone L. Crockett was convicted of Class A felony conspiracy to commit murder, and the trial court sentenced him to forty years. In 2018,

Crockett filed a motion to correct erroneous sentence pursuant to Indiana Code section 35-38-1-15. Specifically, he argued that his "**conviction** is illegal on its Face" because the State did not properly charge him with conspiracy. Appellant's App. p. 22 (emphasis added). The trial court denied Crockett's motion without holding a hearing because he did not allege "that the sentence itself is erroneous on its face." *Id.* at 49. We affirm. The purpose of Section 35-38-1-15 "is to provide prompt, direct access to an uncomplicated legal process for correcting the occasional erroneous or illegal **sentence**." *Robinson v. State*, 805 N.E.2d 783, 785 (Ind. 2004) (emphasis added). Here, however, the basis of Crockett's motion is that his conviction—not his sentence—is illegal.

Affirmed.

Mathias, J., and Crone, J., concur.